UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALKIE CHECK PRODUCTIONS, LLC,<br><br>                             Plaintiff,<br><br>                    -v.-<br><br>VIACOMCBS INC., BLACK ENTERTAINMENT TELEVISION LLC, and BET PRODUCTIONS IV, LLC,<br><br>                            Defendants. | 21 Civ. 1214 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a telephonic conference on **November 3, 2021, at 10:00 a.m.**, to address Plaintiff's pending motion to disqualify. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note the conference will not be available prior to 10:00 a.m.

The parties shall come prepared to discuss whether they wish to keep under seal or redact the transcript of the oral decision and the briefing materials associated with this motion. Furthermore, counsel for Defendants shall be prepared to answer whether Mr. Chamlin recalls having reviewed the contents of the email chain, marked as Plaintiff's Exhibit K, at or around the time Mr. Low copied Mr. Chamlin onto this email chain in early July 2020. Lastly, counsel for Defendants shall come prepared to speak to whether defense counsel of record in this action received or reviewed any portion of Plaintiff's Exhibit K prior to this motion.

SO ORDERED.

Dated:  November 1, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge