UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALKIE CHECK PRODUCTIONS, LLC,

                Plaintiff,

-v.-

VIACOMCBS INC., BLACK ENTERTAINMENT TELEVISION LLC, and BET PRODUCTIONS IV, LLC,

                Defendants.

21 Civ. 1214 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

For the reasons stated on the record, Plaintiff's motion to disqualify defense counsel is DENIED.  Likewise, both parties' motions for attorneys' fees are DENIED.

Within 45 days of this Order, the parties are to submit a joint letter proposing redactions to the materials underlying Plaintiff's motion to disqualify and to the transcript of the Court's oral decision, for filing on the public docket.

The Clerk of Court is directed to terminate the pending motion at docket entry 23.

SO ORDERED.

Dated:  November 3, 2021
          New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge