UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
WALKIE CHECK PRODUCTIONS, LLC,                                :
                                                              :
                Plaintiff                   :   Case No. 21 Civ. 1214
                                                              :
                -v-                         :   **ORDER FOR THE ISSUANCE**
                                                              :   **OF SUBPOENA ON META**
VIACOMCBS INC.; BLACK                                         :   **PLATFORMS, INC.**
ENTERTAINMENT TELEVISION LLC *d/b/a*                          :
BET NETWORKS; and BET PRODUCTIONS IV,                         :
LLC,                                                          :
                Defendants.                 :
                                                              :
------------------------------------------------------------- X

KATHERINE POLK FAILLA, United States District Judge:

       The parties having requested discovery regarding certain media content available on the Facebook and Instagram social media platforms maintained by Meta Platforms, Inc. ("Meta"), and this Court having directed the pursuit of such discovery at the September 20, 2022 Status Conference;

       NOW, upon consideration of the materials submitted by the parties, including the arguments presented to the Court at the September 20, 2022 Status Conference, and having found that the parties have presented sufficient evidence to warrant further discovery;

       IT IS HEREBY ORDERED that Defendants are permitted to serve a Court-Ordered subpoena on Meta in the form annexed hereto as **Exhibit 1** (the "Subpoena"), to obtain the materials and information requested thereby for content associated with the BET Social Media Accounts, as defined and set forth in Schedule A of the Subpoena.

       IT IS FURTHER ORDERED that, within thirty (20) days of receipt of the subpoena, Meta shall provide materials and information for the BET Social Media Accounts responsive to the Subpoena.

IT IS FURTHER ORDERED that, together with the issuance of the aforementioned subpoena, Defendants shall provide written consent to Meta, in the form attached hereto as **Exhibit 2**, which shall permit Meta to produce to the parties' counsel all content called for by the Subpoena.

SO ORDERED.

Dated: October 19, 2022
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILA
United States District Judge