**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WALKIE CHECK PRODUCTIONS, LLC,

                Plaintiff,

-against-                                      21 **CIVIL** 1214 (KPF)

                                                      **JUDGMENT**

VIACOMCBS INC., BLACK ENTERTAINMENT
TELEVISION LLC d/b/a BET Networks, and
BET PRODUCTIONS IV, LLC,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 24, 2023, Defendants' motion for summary judgment is GRANTED, and Plaintiff's cross-motion for spoliation sanctions is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       July 24, 2023

                                                        **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                           **BY:**    *K. Mango*

                                                           **Deputy Clerk**