

**WOOK HWANG**
Partner

345 Park Avenue
New York, NY  10154

**Direct**  212.407.4035
**Main**  212.407.4000
**Fax**  212.937.3847
whwang@loeb.com

Via ECF and Email

August 7, 2023



Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:   *Walkie Check Productions, LLC v. ViacomCBS Inc. et al.*, No. 1:21-cv-01214-KPF

Dear Judge Failla:

We represent Defendants ViacomCBS Inc. n/k/a Paramount Global, Black Entertainment Television LLC and BET Productions IV, LLC (collectively, "Defendants") in the above action. We write pursuant to Rule 2(D) of Your Honor's Individual Rules of Practice to respectfully request a 30-day extension of the time to file a motion for attorneys' fees, from August 7, 2023 to September 6, 2023.

On July 24, 2023, the Court granted Defendants' motion for summary judgment (DE 117) and entered judgment in Defendants' favor (DE 118). Pursuant to Fed. R. Civ. P. 54(d)(2)(B), the current deadline to move for attorneys' fees is August 7, 2023. Defendants respectfully request the requested 30-day extension to account for scheduling issues that have arisen due, in part, to family leave. This is Defendants' first request for an extension of this deadline. Plaintiff consents to the requested extension.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Wook Hwang*

Wook Hwang
Partner

cc:   Plaintiff's counsel

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

24387908

Application GRANTED.  Defendants are to submit their motion for attorney's fees on or before **September 6, 2023**.  Defendants are advised that submitting a request for an extension on the date that a submission is due is frowned upon by the Court.  Such a request risks being denied by the Court, leaving the moving party with no recourse.  The Court recognizes the importance of family leave, but expects Defendants to provide the Court with more notice should any additional extensions be sought, absent exigent circumstances.

The Clerk of Court is directed to terminate the pending motion at docket number 120.

Dated:     August 8, 2023
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE